**Edmond CALLOWAY, Petitioner**

v.

**David RUDENSTEIN, Respondent**

No. 49 EM 2017

Supreme Court of Pennsylvania.

May 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED.** *See Commonwealth v. Ali,* 10 A.3d 282, 293 (Pa. 2010) (explaining that hybrid representation is not permissible). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**George Denton MARTIN, Petitioner**

No. 52 MM 2017

Supreme Court of Pennsylvania.

May 31, 2017

## ORDER

PER CURIAM

AND NOW, this 31st day of May, 2017, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**